AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

**Office of Emilio Estrada**
**Federal Aviation Administration Headquarter**
**Cubicle inside Room 829**
**800 Independence Ave., S.W.**
**Washington, D.C. 20591**

CASE NUMBER:

07-489-M-01

TO: __Bruce A Quintero__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent with the United States Department of Transportation-OIG** who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**Office of Emilio Estrada, Federal Aviation Administration Headquarter, Cubicle inside Room 829, 800 Independence Ave., S.W., Washington, D.C. 20591**, including any locked or padlocked rooms within, **(as further described in Attachment A, attached hereto and incorporated fully herein).**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) **(as described in Attachment B, attached hereto and incorporated fully herein).**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 14, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

2007  4:10 PM                           at Washington, D.C.
_____
Date and Time Issued

_____                _____
Name and Title of Judicial Officer      Signature of Judicial Officer



**U.S. Department of Transportation**
Office of Inspector General

## Receipt for Property Received/Returned/Released

On (date) __10-5-2007__

Item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To

(Name) __Luis Garrido__

(Street Address) __800 Independence Ave SW__

(City) __Washington DC SW__

Description of Item(s):

① 1 Dell Laptop Latitude D620 (Silver)
FAA # 8004 8744696 1000003890
Service Tag # CJ6F9B1

② MISC. BANK FINANCIAL RECORDS IN NAME OF EMILIO + CARMEN ESTRADA.

③ 1 COPY/PRINTOUT OF SF86, DATED 8/8/2006 IN NAME OF EMILIO ESTRADA. (FOUND IN 2ND DRAWER OF 4 DRAWER FILE CABINET.)

④ 1 MANILLA ENVELOPE IN NAME OF EMILIO ESTRADA, CONTAINING MULTIPLE DD FORM 1610's IN NAME OF EMILIO ESTRADA.

Received by: _____ (Signature)    Received from: _____ (Signature)

IGF 1600.13

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>10/04/2007 | DATE AND TIME WARRANT EXECUTED<br>10/5/07 1000 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>LUIS GARRIDO, FAA SUPERVISOR |
| INVENTORY MADE IN THE PRESENCE OF  LUIS GARRIDO, SA QUINTERO, SA OCAMPO |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>SEE ATTACHED RECEIPT.<br><br>**FILED**<br>OCT 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |||

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   10/11/07
U.S. Judge or U.S. Magistrate Judge   Date